IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRENDA D. MOXLEY, | ) | Case No.1:15CV1533 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | O R D E R |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. | ) | |
| | ) | |

On August 4, 2015, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge Kathleen B. Burke pursuant to Local Rule 72.2(b). On April 15, 2016, the Magistrate Judge recommended that the decision of the Commissioner be reversed and the matter remanded for further proceedings. (Dkt.#19). On April 29, 2016, the Defendant filed a Response to Magistrate Judge Burke's Report and Recommendation stating they will not be objecting.

Therefore, Magistrate Judge Burke's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is vacated and the case remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: 4/29/2016     *S/Christopher A. Boyko*
                    CHRISTOPHER A. BOYKO
                    UNITED STATES DISTRICT JUDGE