**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRENDA D. MOXLEY,** | ) | **CASE NO.1:15CV1533** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

This matter is before the Court on Magistrate Judge Kathleen B. Burke's Report and Recommendation granting in part and denying in part Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act. (ECF #23). Defendant has filed a Response to Report and Recommendation stating they will not be filing an objection. Plaintiff has not filed an objection.

F<small>ED</small>. R. C<small>IV</small>.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Plaintiff has

failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts the Report and Recommendation of the Magistrate Judge and grants in part and denies in part Plaintiff's Motion and authorizes payment of $6,548.26.

IT IS SO ORDERED.

Date: 10/11/2016

 s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge